# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2322

_____

United States of America

*Plaintiff - Appellee*

v.

Jose Eduardo Victor, also known as Junior, also known as
Jose Eduardo Muratalla

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 9, 2018
Filed: February 12, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jose Eduardo Victor appeals after the district court[1] revoked his supervised release, and sentenced him to 18 months in prison and 3 years of supervised release. His counsel has filed a brief challenging the substantive reasonableness of the revocation sentence.

Upon careful review, we conclude that the sentence was not substantively unreasonable. See United States v. Merrival, 521 F.3d 889, 890 (8th Cir. 2008) (abuse-of-discretion review); see also United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (district court acted well within its broad discretion in imposing above-Guidelines revocation sentence where it considered appropriate 18 U.S.C. § 3553(a) factors, sufficiently explained reasoning for variance, and imposed sentence within statutory limits).

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.